Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff
**JAMES SHAYLER**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>B-K INGLEWOOD PROPERTY, LLC, a California limited liability company; CONTINENTAL CURRENCY SERVICES, INC., a California corporation; and DOES 1-10,<br><br>Defendants. | Case No.: 2:20-cv-09172-DMG-GJS<br><br>Hon. Dolly M. Gee<br><br>**PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST DEFENDANTS B-K INGLEWOOD PROPERTY, LLC AND CONTINENTAL CURRENCY SERVICES, INC.**<br><br>Date:      July 16, 2021<br>Time:     9:30 a.m.<br>Courtroom: 8C |

To Defendants B-K Inglewood Property, LLC, Continental Currency Services, Inc., and their attorneys of record: Please take notice that on July 16, 2021, at 9:30 a.m., or as soon thereafter as this matter may be heard by this Court located at 350 West 1st Street, Courtroom 8C, Los Angeles, CA, 90012. Plaintiff James Shayler will present his application for default judgment against Defendants B-K Inglewood Property, LLC and Continental Currency Services, Inc. The Clerk has previously entered the default on Defendants B-K Inglewood Property, LLC and Continental Currency Services, Inc., on May 18, 2021.

  At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendants B-K Inglewood Property, LLC and Continental Currency Services, Inc., are not minors or incompetent persons or in military service or otherwise exempted under the Solider and Sailor's Civil Relief Act of 1940; (2) Defendants have not responded in this action; and (3) Plaintiff is entitled to judgment against said Defendants on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

  The Plaintiff seeks an Order directing the defendants to: provide an accessible path of travel within the site boundary connecting the designated disabled parking space to an accessible entrance into the building/business, accessible parking, compliant signage regarding accessible parking, compliant signage regarding accessible paths of travel, and an accessible entrance at the

property located at or about 2401 W Manchester Blvd., Inglewood, CA 90305. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original application for default judgment by court was served on B-K Inglewood Property, LLC and Continental Currency Services, Inc., on May 24, 2021, by first class United States Mail, postage prepaid.

Dated: June 17, 2021                **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: /s/Anoush Hakimi
Anoush Hakimi, Esq.
Attorneys for Plaintiff James Shayler