**JS-6**

1
2
3
4
5
6
7
8

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11

12  **JAMES SHAYLER,**                    ) Case No. CV 20-9172-DMG (GJSx)
                                          )
13                      Plaintiff,        )
                                          )
14            v.                          )
                                          )
15                                        ) **JUDGMENT**
    **B-K INGLEWOOD PROPERTY;**           )
16  **and CONTINENTAL CURRENCY**          )
    **SERVICES, INC.,**                   )
17                                        )
                                          )
18                                        )
                                          )
19                      Defendants.       )

20
21
22
23
24
25
26
27
28

-1-

1    The Court having granted Plaintiff James Shayler's Motion for Default Judgment by

2    Order dated July 13, 2021,

3    IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor

4    of Plaintiff James Shayler and against Defendants B-K Inglewood Property, LLC and

5    Continental Currency Services, Inc.  Defendants shall comply with the Americans with

6    Disabilities Act ("ADA") by providing ADA-compliant parking and paths to access their

7    business and property located at 2401 W. Manchester Blvd., Inglewood, California 90305.

8

9    DATED:  July 15, 2021

10

11                                                    _____

12                                                    DOLLY M. GEE

13                                                    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28