1  Anoush Hakimi (SBN 228858)
2  anoush@handslawgroup.com
   Peter Shahriari (SBN 237074)
3  peter@handslawgroup.com
4  Laura Steven (SBN 332168)
   laura@handslawgroup.com
5  Kyle Wilson (SBN 323888)
6  kyle@handslawgroup.com
7  **THE LAW OFFICE OF HAKIMI & SHAHRIARI**
   1800 Vine Street
8  Los Angeles, CA 90028
9  Telephone: (888) 635-2250
   Facsimile: (213) 402-2170
10
11 Attorneys for Plaintiff,
   **JAMES SHAYLER**
12

13

14 **UNITED STATES DISTRICT COURT**

15 **CENTRAL DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| 17 JAMES SHAYLER, an individual, | Case No. 2:20-cv-09172-DMG-GJS |
| 18      Plaintiff, | |
| 19     v. | Hon. Dolly M. Gee |
| 20 | |
| 21 B-K INGLEWOOD PROPERTY, LLC, a California Limited Liability Company; | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS** |
| 22 CONTINENTAL CURRENCY SERVICES, INC., a California | |
| 23 Corporation, and DOES 1-10, | Date:       August 27, 2021 |
| 24     Defendants. | Time:       9:30 a.m. |
| 25 | Courtroom: 8C |
| 26 | |
| 27 | |
| 28 | |

1
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS'
FEES AND COSTS

TO DEFENDANTS B-K INGLEWOOD PROPERTY, CONTINENTAL CURRENCY SERVICES, INC., AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 27, 2021, at 9:30 a.m., or as soon thereafter as this matter may be heard by this Court, located at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor, Plaintiff James Shayler ("Plaintiff") will move this Court for an award of his reasonable attorneys' fees in the amount of $13,237, and litigation costs/expenses in the amount of $672, for a total award of $13,909, pursuant to 42 U.S.C. § 12205 and California Civil Code § 52(a).  This motion is made on the grounds that Plaintiff is the prevailing party, because on July 15, 2021, Plaintiff obtained a judgment in his favor, and against Defendant B-K Inglewood Property, LLC and Defendant Continental Currency Services, Inc. (collectively, "Defendants"); and that the requested fees and costs are reasonable.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed concurrently herewith, the Declaration of Anoush Hakimi filed concurrently herewith, the pleadings and papers filed in this case, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated:  July 29, 2021                    THE LAW OFFICE OF HAKIMI & SHAHRIARI

By:  /s/Anoush Hakimi                                    
      Anoush Hakimi, Esq.
      Attorneys for Plaintiff James Shayler

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS